```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

James Daniel Hobgood

    v.                                                    Case No. 20-cv-156-LM

Northwest Arkansas Newspapers, LLC

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 3, 2020.

                                                        _____
                                                        Landya B. McCafferty
                                                        Chief Judge

Date: March 27, 2020

cc: James Daniel Hobgood, pro se